1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  HOWARD YOUNG,           )    No. C 06-0114 MJJ (PR)
                            )
11           Plaintiff,     )    **ORDER DENYING MOTION TO AMEND**
                            )
12      v.                  )
                            )
13  TRANS UNION, et al.,    )
                            )    **(Docket No. 27)**
14           Defendants.    )
    _____    )
15

IN light of the dismissal and termination of this case, and its pendency on appeal, plaintiff's motion to amend the complaint is DENIED. See Natural Res. Def. Council, Inc. v. Southwest Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001) (once a notice of appeal is filed, the district court loses jurisdiction over the matters being appealed).

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: 10/23/07

                                    _____
                                    MARTIN J. JENKINS
                                    United States District Judge

G:\PRO-SE\MJJ\CR.06\young.mot.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>            Plaintiff,<br><br>  v.<br><br>TRANS UNION et al,<br><br>           Defendant. | Case Number: CV06-00114 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Young
California State Prison
Prisoner Id F-44590
P.O. Box 3461
Corcoran, CA 93212

Dated: October 24, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk