To the Honorable Judge Martin J. Jenkins,

Greetings and Best Wishes,                                         1-31-08

My name is Howard Young and my case before you is case # D.C. No. CV-06-00114 MJJ. I've attached a letter from the Volunteer Legal Services Program who will attempt to place my case with a pro bono counsel upon your referral. I'm hereby requesting that you would refer my case as such, particularly since it has been sent back to this court by the Ninth Circuit.

Your consideration is greatly appreciated.

Thank You and Best Regards,

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, CA. 93212-8800

RECEIVED

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**THE BAR ASSOCIATION OF SAN FRANCISCO**
VOLUNTEER LEGAL SERVICES PROGRAM

# vlsp *Changing Lives*

**VLSP BOARD OF DIRECTORS**
Nanci Clarence
 Chair
James Donato
 Vice Chair
Russell Roeca
 Treasurer
Arturo J. González
 Secretary
Christopher F. Emley
Julia Coleman-Hudson
Teresa Richards
Lisa Owens

**VLSP ADVISORY BOARD**
Christopher F. Emley
 Chair
Jack W. Londen
 Vice-Chair
Tania Alvarez
Sarah Davis
Hon. David A Garcia
Hon. Isabella H. Grant
Jonathan V. Holtzman
Julia Coleman Hudson
Michelene Insalaco
Hon. Maria-Elena James
Patricia D. Lee
Thomas Pulliam
Teresa Richards

**STAFF**
Tiela Chalmers, Esq.
 Executive Director
Teresa Friend
 Deputy Director
 Managing Attorney, HAP
Krista Denton
 Managing Attorney, Programs
Mairi McKeever
 Managing Attorney, Operations
Julie Rosenthal, MSW
 Director of Social Services
Katie Danielson
 Senior Supervising Attorney, HAP
Haydée I. Alfonso
 Supervising Attorney, CORP
Carolyn Gold
 Supervising Attorney
Ramona Q. Holguin
 Supervising Attorney, HAP
Ted Janowsky
 Supervising Attorney, HAP
Megan Low
 Volunteer Services Manager
Pierre Stroud
 Community Programs Manager
Kristie Whitehorse, J.D.
 Buchalter Fellow
 Program Coordinator, Family Law
Michael Zaugg
 Staff Attorney, HAP

January 25, 2008

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, Ca. 93212-8800

Dear Howard,

    Happy New Year!! I still believe that you have a good case, especially in light of the fact that the court is willing to review it de novo. Again however, what we need in order to attempt to place you with pro bono counsel, is an order from Judge Jenkins requesting this. As of now, we still haven't received this. Did you write him a letter requesting placement through VLSP's Federal pro Bono Project? Again, you may address the letter like this: Honorable Judge Jenkins, U.S. District Court, 450 Golden Gate Ave., San Francisco, Ca. 94102.
    I wish I had passed the bar. However, I won't know until May since I am taking it in February. Even then, you would definitely want an experienced attorney. I wouldn't have enough experience to take on a case by myself yet!
    I wish you the best of luck on your case. Hopefully it will be referred to our organization. If not, I hope Judge Jenkins will find an organization that will take it.

Best wishes,

*Porcia Thurston*
Porcia Thurston, J.D.
Equal Justice Works AmeriCorps Member
Volunteer Legal Services Program

☐ **VOLUNTEER LEGAL SERVICES PROGRAM**
tel 415.982.1600  fax 415.477.2390
301 Battery Street, 3rd Floor San Francisco, CA 94111
www.sfbar.org/vlsp

**HOMELESS ADVOCACY PROJECT** ☐
tel 415.575.3130  fax .415.575.3132
1360 Mission Street, Suite 201 San Francisco, CA 94103
www.sfbar.org/vlsp

# CORNWELL & SAMPLE, LLP

Stephen R. Cornwell
René Turner Sample
Judith M. Rodriguez

Attorneys At Law
7045 N. Fruit Avenue
Fresno, California 93711-0761

Telephone (559)431-3142
Facsimile (559)436-1135

May 22, 2007

Howard Young, F-44590-3A-02-126
P.O. Box 3461
Corcoran, CA   93212

Re:   Young v. Trans Union

Dear Mr. Young:

Thank you for contacting our office concerning your potential legal matter. Based on the information related, we have decided not to pursue your case and will <u>not</u> be representing you or protecting your legal interests in this matter, or taking any action on your behalf. Our decision in this regard is a business decision. It is not meant to reflect on the merits of your case and is not intended to discourage you from further action.

Please be advised that California law requires that legal actions be commenced within certain time limits, or the right to sue is, or may be, lost. Some limitation periods are as short as six months from the date of the injury causing event. Such time limits usually apply to public entities such as the State, cities, counties, schools, police departments, fire departments, irrigation districts, libraries, etc. Many statutes of limitation, such as medical malpractice cases, are as short as one year from the date of the injury causing event. If the date on which any legal time limit has passed or passes before legal action is taken, you will forever lose your right to sue for compensation in this case. Thus, it is very important that you contact an attorney sufficiently before the expiration of the statute of limitations so that your interests can be protected.

We appreciate your confidence in our firm and thank you for having taken the time to contact us.

Very truly yours,

Cornwell & Sample, LLP

Stephen R. Cornwell

SRC:mas

LAW OFFICES OF
# Picone & Defilippis
A PROFESSIONAL CORPORATION

625 NORTH FIRST STREET, SAN JOSE, CA 95112
(408) 293-0441   Fax: (408) 287-6550

STEVE M. DEFILIPPIS

STEPHEN S. PICONE

RYAN A. RAMSEYER

***CONFIDENTIAL LEGAL MAIL-OPEN IN INMATES PRESENCE ONLY***

January 22, 2008

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, CA  93212-8800

Dear Howard:

I am in receipt of your letter dated January 9, 2008 wherein you are seeking representation in your matter. Unfortunately, my current practice is heavily weighted with challenges by life term inmates against the Board of Parole Hearings and the Governor. Thus, I am not currently taking on new civil lawsuits.

Thank you for considering my services.

Very truly yours,

STEVE M. DEFILIPPIS

SMD/rb

Enclosures

# IVIE, McNEILL & WYATT

*A PROFESSIONAL LAW CORPORATION*

RICKEY IVIE †
ROBERT H. McNEILL, JR.
W. KEITH WYATT
EULANDA L. MATTHEWS*†
BYRON M. PURCELL
RUPERT A. BYRDSONG
KENDALL E. JAMES **†
LILIA E. DUCHROW
SHERRY E. SCARLETT
CHARLIE L. HILL
ALLISON R. TURNER
TERESA Y. HILLERY
DAVIDA M. FRIEMAN
DAMON M. BROWN
MARGARETTE M. MOW

CITIGROUP CENTER
444 S. FLOWER STREET, 18th FLOOR
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 489-0028
FACSIMILE (213) 489-0552
www.imwlaw.com

*Also Member of Illinois Bar
**Also Member of New Jersey Bar
†Also Member of U.S. Supreme Court Bar

CHARLES J. McLURKIN
*Special Counsel*

JENNIFER R. JACOBS
*Special Counsel*

RANDALL H. KENNON
*Special Counsel*

February 4, 2008

LEGAL MAIL

Mr. Howard Young, F-44590
P.O. Box 8800
Corcoran, CA 93212-8800

**RE: Your Letter Received January 11, 2008**

Dear Mr. Young:

We are in receipt of your letter and regret to inform you that we are unable to assist you. I am returning your original letter. I wish you the best in your search for legal counsel.

Sincerely,

IVIE, McNEILL & WYATT

**ROBERT H. McNEILL, JR.**

RHM:mlm

Encls.