**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

May 6, 2008

CASE NUMBER:   **CV 06-00114 MJJ**
CASE TITLE:    **HOWARD YOUNG -v- TRANS UNION**
DATE MANDATE FILED:   5/2/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by: *(Sheila Rash)*
                              Case Systems Administrator

Distribution:   CIVIL       -    Counsel of Record

                CRIMINAL    -    Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16