# United States District Court
## For The Northern District Of California
### San Jose Division

FILED
08 MAY 21 PM 3:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Mr. Howard Young                           Case No: CV-06-00114-J.F.
    Plaintiff,
v.                                         Notice and Motion to Hear
TransUnion; et al.,                        All Previously Filed Unheard
    Defendants                         Motions and Requests

To The Honorable Jeremy Fogel;

Plaintiff, hereby notices and moves this Court Requesting that this Court, As Soon As Can be heard, hears and decides All previously filed And unheard motions and Requests that were pending in U.S. District Court, Northern District, San Francisco Division, prior to this case being ordered Reassigned to this San Jose Division Court on May 7, 2008. (See Exhibit A)

Plaintiff's previously filed And unheard motions and Requests include, but are not limited to: Appointment of Counsel and/or Request to Have Case Referred to The Pro Bono Program (Volunteer Legal Services Program), Motion for Summary Judgment, Injunctive Relief, Motion for Findings and Recommendations and To Allow Service, And To Lift Stay.

Plaintiff's complaint was originally filed on 1/10/2006 and subsequently dismissed without prejudice, appealed to the Ninth Circuit, Reversed in part and Affirmed in part, then Reversed and Remanded.

Page 1/2

Plaintiff also has filed an Amended Motion for Summary Judgment in this Court, and requests that this Court expedite the hearing of all motions and requests plaintiff has filed, and makes all necessary determinations in plaintiff's case, as soon as possible.

Lastly, plaintiff requests that this Court liberally construe plaintiff's pleadings, motions and requests to this Court, and relax the court's requirements regarding legal form, pagination etc..., as plaintiff is not a lawyer, and is basically a laymen attempting to present plaintiff's case to this court as best as possible.

Plaintiff does not have a copy of this Court's Local rules, but will attempt to comply with this Court's basic requirements. Plaintiff has requested a copy of this Court's Local rules from this Court's clerk, and is waiting for that copy.

Plaintiff also, again moves and requests that the Court redact and/or seal all documents containing plaintiff's consumer credit reports, financial records and social security numbers contained in any and all court documents.

Wherefore, plaintiff prays for all relief that this court deems fit and proper

Dated: 5-15-08                    _____
                                   Signature of Plaintiff In Pro Se

PAGE 2/2

Mr Howard Burk
F-44590 3A-05-450
P.O. Box 3461
Corcoran CA. 93212

CORCORAN STATE PRISON



016H26
$00
05/16
Mailed From
US PO

Clerk, U.S. District Court
280 South First Street
San Jose, CA. 95113
(Case No 06-00114-JF.)

9511383002 C060