To The Clerk, U.S. District Court,                    May 26, 2008

Greetings and Best Wishes,

My case # 06-00114 was reassigned to this Court, to Judge Jeremy Fogel, from the San Francisco Division, upon reversal from the Ninth Circuit. I have filed motions in this court, including Amended Motion for Summary Judgment in my current case, which are copies that I would like the Court to send me a stamp filed copy of.

Also, I'm requesting a copy of the Docket Sheet, and I'd like to know if the Amended Motion for Summary Judgment is or has been currently scheduled for the July 11, 2008 requested date to be heard, or is it scheduled/calendared to be heard to date? Also, I'd like to know if any of the previously filed unanswered motions are calendared to be heard? Lastly, please send me 10 Summones, along with this Court's Rules Regarding Service of Process.

Please send me the above requested documents to the following mailing address:

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, CA. 93212-8800

Your consideration and assistance are greatly appreciated.

Thank You and Best Regards,

Mike Hounico 76016
E-44590-3A-05-150
P.O. Box 3461
Corcoran, CA. 93217

CORCORAN STATE PRISON



Clerk, U.S. District Court
Northern District of California - San José Division
280 South First Street
San Jose, California 95113

Legal Mail

951133002 C060