# United States District Court
## For The Northern District Of California
### San Jose Division

FILED
2008 JUN 16 P 3 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Mr. Howard Young

    Plaintiff,

v.

Trans Union, et al.,

    Defendants

D.C. No. CV-06-00114-JF

Notice of, and Proof of Service

To The Honorable Jeremy Fogel;

Plaintiff, hereby notices this court that Proof of Service has been made by U.S. Mail to defendants Trans Union, Experian, Equifax, Visa and the U.S. Attorney, along with previous service to Santa Clara County and the California Attorney General. (See Exhibit A - attached)

Plaintiff has served the above-mentioned defendants with the Amended Motion For Summary Judgment filed with this court on May 29, 2008, in a timely manner, sufficiently for this court to hear the plaintiff's Amended Motion For Summary Judgment as requested, on July 11, 2008 or as soon as possible.

I declare under penalty of perjury that the above is true and correct.

Dated: June 13, 2008

/s/ 
Plaintiff In Pro Se

# EXHIBIT A

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is: P.O. Box 8800
Corcoran, CA. 93212-8800
3A-05-150 - F-44590

On June 13, 08, I served a copy of the attached Amended Motion for Summary Judgment Dec 10, 2007 Memorandum and Apr 30, 2008 Mandate

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

TransUnion - Legal Dept.
555 W. Adams St.
Chicago IL 60661

Visa International
P.O. Box 8999
San Francisco, CA 94128

Executed under penalty of perjury this 13 day of June, 2008, at Corcoran, California.

_____
DECLARANT

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:
I am over 18 years of age, and a party to the within action.
My address is:  P.O. Box 8800
Corcoran, CA. 93212-8800
3A-05-150-F.44590

On June 13, 08, I served a copy of the attached
Amended Motion for Summary Judgment
Dec 10, 2007 Memorandum and April 30, 2008 Mandate

On the below-named persons by placing a true copy thereof
in envelope addressed as follows, with first class postage
thereon fully prepaid, and delivering the sealed envelopes,
according to the procedures prescribed for sending legal
mail, to the proper institutional official for deposit
in the United States mail at Corcoran, in the County of
Kings, California.

U.S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA.
94102-3661

Executed under penalty of perjury this 13 day of
June, 2008, at Corcoran, California.

DECLARANT

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:
I am over 18 years of age, and a party to the within action.
My address is:   P.O. Box 8800
                 Corcoran, CA. 93212-8800
                 3A-05-150 - F-44590

On _June 13, 08_, I served a copy of the attached
_Amended Motion for Summary Judgment_
_Dec. 10, 2007 Memorandum and April 30, 2008 Mandate_
On the below-named persons by placing a true copy thereof
in envelope addressed as follows, with first class postage
thereon fully prepaid, and delivering the sealed envelopes,
according to the procedures prescribed for sending legal
mail, to the proper institutional official for deposit
in the United States mail at Corcoran, in the County of
Kings, California.

Equifax-Legal Department          Experian
1550 Peachtree St. NW             Legal Department
Atlanta, GA 30309                 P.O. Box 949
                                  Allen TX 75013

Executed under penalty of perjury this __13__ day of
__June__, 200_8_, at Corcoran, California.

                                  _____
                                  DECLARANT

Mr. Howard Younis
E-44590-3A-05-150
P.O. Box 3461
Corcoran, CA. 93212

Clerk, U.S. District Court
Northern District of California (San Jose Division
280 S. First St. #3035
San Jose, CA. 95113-3099

JUN 16 PM 2:48
RICHARD W. WIEKING
U.S. CLERK
NO. DIST. OF CA. S.J.

JUN 13 2008
CORCORAN STATE PRISON

