To: The Honorable Judge Fogel,

From: Mr. Howard Young - Case No. CV-06-00114 JF

FILED
June 10, 2008
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greetings and Best wishes,

As noted in the attached letters from the Volunteer Legal Services Program, I'm writing you to request your referral of my case to the Volunteer Legal Services Program through the federal pro bono project. They have reviewed my case and are willing to consider my case for representation upon your referral. I have previously made this request to Judge Jenkins, as well as by motion, but since my case has been reassigned to the San Jose Division and to you, I'm now making this request to you. I believe the previous request and motion were still pending prior to reassignment. Your consideration in this matter is greatly appreciated. Also, I've attached copies of letters of response from attorneys that I've contacted in an attempt to acquire representation.

Thank You and Best Regards,

Mr. Howard Young
Plaintiff In Pro Se

THE BAR ASSOCIATION OF
SAN FRANCISCO
VOLUNTEER LEGAL SERVICES PROGRAM

**vlsp** *Changing Lives*

VLSP BOARD OF DIRECTORS
Nanci Clarence
  Chair
James Donato
  Vice Chair
Russell Roeca
  Treasurer
Arturo J. González
  Secretary
Christopher F. Emley
Julia Coleman-Hudson
Teresa Richards
Lisa Owens

VLSP ADVISORY BOARD
Christopher F. Emley
  Chair
Jack W. Londen
  Vice-Chair
Tania Alvarez
Sarah Davis
Hon. David A Garcia
Hon. Isabella H. Grant
Jonathan V. Holtzman
Julia Coleman Hudson
Michelene Insalaco
Hon. Maria-Elena James
Patricia D. Lee
Thomas Pulliam
Teresa Richards

STAFF
Tiela Chalmers, Esq.
  Executive Director
Teresa Friend
  Deputy Director
  Managing Attorney, HAP
Krista Denton
  Managing Attorney, Programs
Mairi McKeever
  Managing Attorney, Operations
Julie Rosenthal, MSW
  Director of Social Services
Katie Danielson
  Senior Supervising Attorney, HAP
Haydée I. Alfonso
  Supervising Attorney, CORP
Carolyn Gold
  Supervising Attorney
Ramona Q. Holguín
  Supervising Attorney, HAP
Ted Janowsky
  Supervising Attorney, HAP
Megan Low
  Volunteer Services Manager
Pierre Stroud
  Community Programs Manager
Kristie Whitehorse, J.D.
  Buchalter Fellow
  Program Coordinator, Family Law
Michael Zaugg
  Staff Attorney, HAP

September 25, 2007

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, Ca. 93212-8800

Dear Howard,

    We have received your request for pro bono counsel. We need a little bit more information from you to see whether or not we can assist you in this matter. If your case remains in the appeals court, unfortunately we won't be able to assist you. However you can contact Bay Area Legal Aid, who may be able to provide counsel for you. Their toll free phone number is (800) 551-5554; and their direct line is (415) 354-6360.

    If however your case was remanded back to the district court, we may be able to take the case through our Federal Pro Bono Project. In this instance, Judge Jenkins would need to order that your case be sent to our offices, in which case we can start looking to place your matter with a pro bono attorney. You would need to request this from him.

    I have enclosed my card. Please don't hesitate to contact us with any more questions. If we are unable to assist you, we hope you are able to get your matter resolved.

Best wishes,

Porcia Thurston
Equal Justice Works AmeriCorps Member
Volunteer Legal Services Program

**VOLUNTEER LEGAL SERVICES PROGRAM**
tel 415.982.1600  fax 415.477.2390
301 Battery Street, 3rd Floor San Francisco, CA 94111
www.sfbar.org/vlsp

HOMELESS ADVOCACY PROJECT
tel 415.575.3130  fax .415.575.3132
1360 Mission Street, Suite 201 San Francisco, CA 94103
www.sfbar.org/vlsp

**THE BAR ASSOCIATION OF SAN FRANCISCO**
VOLUNTEER LEGAL SERVICES PROGRAM

# vlsp *Changing Lives*

VLSP BOARD OF DIRECTORS
Nanci Clarence
  Chair
James Donato
  Vice Chair
Russell Roeca
  Treasurer
Arturo J. González
  Secretary
Christopher F. Emley
Julia Coleman-Hudson
Teresa Richards
Lisa Owens

VLSP ADVISORY BOARD
Christopher F. Emley
  Chair
Jack W. Londen
  Vice-Chair
Tania Alvarez
Sarah Davis
Hon. David A Garcia
Hon. Isabella H. Grant
Jonathan V. Holtzman
Julia Coleman Hudson
Michelene Insalaco
Hon. Maria-Elena James
Patricia D. Lee
Thomas Pulliam
Teresa Richards

STAFF
Tiela Chalmers, Esq.
  Executive Director
Teresa Friend
  Deputy Director
  Managing Attorney, HAP
Krista Denton
  Managing Attorney, Programs
Mairi McKeever
  Managing Attorney, Operations
Julie Rosenthal, MSW
  Director of Social Services
Katie Danielson
  Senior Supervising Attorney, HAP
Haydée I. Alfonso
  Supervising Attorney, CORP
Carolyn Gold
  Supervising Attorney
Ramona Q. Holguin
  Supervising Attorney, HAP
Ted Janowsky
  Supervising Attorney, HAP
Megan Low
  Volunteer Services Manager
Pierre Stroud
  Community Programs Manager
Kristie Whitehorse, J.D.
  Buchalter Fellow
  Program Coordinator, Family Law
Michael Zaugg
  Staff Attorney, HAP

October 15, 2007

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, Ca. 93212-8800

Dear Howard,

    I believe you when you say you have a good case! What you would need to do in order to get a pro bono referral for your case is to write a letter to Judge Jenkins. It should be a simple letter telling him you are seeking pro bono assistance for your case, and that you would like him to refer it to pro bono counsel or organization if possible. Of course, he may refer it to us through our federal pro bono project, but there are also many other organizations that provide pro bono assistance to pro se litigants, so it's best to not only request assistance from our project, but pro bono assistance in general so that Judge Jenkins can make the appropriate referral if he decides to do so. You should address the letter like this: Honorable Judge Jenkins, U.S. District Court, 450 Golden Gate Ave., San Francisco, Ca. 94102. I hope that helps!

    EJW/AmeriCorps is a national community service organization that funds attorneys like myself, who are interested in public interest work such as prisoners rights, civil rights, poverty law, etc.. They also fund college level students interested in community service such as assisting Hurricane Katrina victims, etc. I am a recent graduate of law school and am awaiting bar results so I am not yet licensed. I cannot give legal advice yet. Hopefully I will be licensed soon!

    I wish you the best of luck on your case. Hopefully it will be referred to our organization. If not, I hope Judge Jenkins will find an organization that will take it.

Best wishes,

*Porcia Thurston*
Porcia Thurston
Equal Justice Works AmeriCorps Member
Volunteer Legal Services Program

☐ **VOLUNTEER LEGAL SERVICES PROGRAM**
tel 415.982.1600  fax 415.477.2390
301 Battery Street, 3rd Floor San Francisco, CA 94111
www.sfbar.org/vlsp

**HOMELESS ADVOCACY PROJECT**
tel 415.575.3130  fax .415.575.3132
1360 Mission Street, Suite 201 San Francisco, CA 94103
www.sfbar.org/vlsp

# CORNWELL & SAMPLE, LLP

Attorneys At Law

Stephen R. Cornwell
René Turner Sample
Judith M. Rodriguez

7045 N. Fruit Avenue
Fresno, California 93711-0761

Telephone (559)431-3142
Facsimile (559)436-1135

May 22, 2007

Howard Young, F-44590-3A-02-126
P.O. Box 3461
Corcoran, CA  93212

Re:   Young v. Trans Union

Dear Mr. Young:

Thank you for contacting our office concerning your potential legal matter. Based on the information related, we have decided not to pursue your case and will **not** be representing you or protecting your legal interests in this matter, or taking any action on your behalf. Our decision in this regard is a business decision. It is not meant to reflect on the merits of your case and is not intended to discourage you from further action.

Please be advised that California law requires that legal actions be commenced within certain time limits, or the right to sue is, or may be, lost. Some limitation periods are as short as six months from the date of the injury causing event. Such time limits usually apply to public entities such as the State, cities, counties, schools, police departments, fire departments, irrigation districts, libraries, etc. Many statutes of limitation, such as medical malpractice cases, are as short as one year from the date of the injury causing event. If the date on which any legal time limit has passed or passes before legal action is taken, you will forever lose your right to sue for compensation in this case. Thus, it is very important that you contact an attorney sufficiently before the expiration of the statute of limitations so that your interests can be protected.

We appreciate your confidence in our firm and thank you for having taken the time to contact us.

Very truly yours,

Cornwell & Sample, LLP

Stephen R. Cornwell

SRC:mas

## CORNWELL & SAMPLE, LLP

Attorneys At Law

Stephen R. Cornwell
René Turner Sample
Judith M. Rodriguez

7045 N. Fruit Avenue
Fresno, California 93711-0761

Telephone (559)431-3142
Facsimile (559)436-1135

June 1, 2007

Howard Young
F-44590-3A-02-126
P.O. Box 3461
Corcoran, CA 93212

      Re:    Young v. Trans Union

Dear Mr. Young:

      Since our letter to you dated May 22, 2007, you have provided additional materials for our review. We must again decline to represent you.

      We appreciate your confidence in our firm and thank you for having taken the time to contact us.

      Very truly yours,

      Cornwell & Sample, LLP

      René Turner Sample

RTS:mas

LAW OFFICES OF

# Picone & Defilippis

A PROFESSIONAL CORPORATION

625 NORTH FIRST STREET, SAN JOSE, CA 95112

(408) 292-0441   Fax: (408) 287-6550

STEVE M. DEFILIPPIS

STEPHEN S. PICONE

RYAN A. RAMSEYER

***CONFIDENTIAL LEGAL MAIL-OPEN IN INMATES PRESENCE ONLY***

January 22, 2008

Mr. Howard Young
F-44590
P.O. Box 8800
Corcoran, CA 93212-8800

Dear Howard:

I am in receipt of your letter dated January 9, 2008 wherein you are seeking representation in your matter. Unfortunately, my current practice is heavily weighted with challenges by life term inmates against the Board of Parole Hearings and the Governor. Thus, I am not currently taking on new civil lawsuits.

Thank you for considering my services.

Very truly yours,

STEVE M. DEFILIPPIS

SMD/rb

Enclosures

LAW OFFICES OF
# Picone & Defilippis
A PROFESSIONAL CORPORATION

625 NORTH FIRST STREET, SAN JOSE, CA 95112
(408) 292-0441   Fax: (408) 287-6550

STEVE M. DEFILIPPIS

STEPHEN S. PICONE

RYAN A. RAMSEYER

***CONFIDENTIAL LEGAL MAIL-OPEN IN INMATES PRESENCE ONLY***

June 6, 2008

Mr. Howard Young F-44590
P.O. Box 8800
Corcoran, CA  93212-8800

Dear Mr. Young:

I am in receipt of your letter wherein you are seeking representation in your matter. Unfortunately, my current practice is heavily weighted with challenges by life term inmates against the Board of Parole Hearings and the Governor. Thus, I am not currently taking on new habeas challenges to convictions.

Thank you for considering my services.

Very truly yours,

STEVE M. DEFILIPPIS

SMD/rb

Mr. Kenneth Youngs
P.O. Box 3961
Corcoran, CA. 93212

Honorable Judge Jeremy Fogel
280 S. First str. #2112
San Jose, CA. 95113-3008
c/o Clerk, U.S. District Court - Northern District - San Jose

LEGAL MAIL