To The Clerk, U.S. District Court, Northern District - San Jose

Greetings and Best Wishes,

My case No. 06-CV-00114 JF was reassigned to this court from the San Francisco Division, upon remand from the Ninth Circuit. I'm requesting a copy of the current docket sheet and a copy of the Amended Complaint filed on 1-19-06 and is Docket text # 4 on the Docket sheet from the Northern District San Francisco Division. Also, please let me know if I have any motions or hearings currently calendared to be heard.

Your consideration and response are greatly appreciated.

Thank You and Best Regards,

Mr. Howard Young
F. 44590-3A-05-150
P.O. Box 3461
Corcoran, CA. 93212

FILED 6-18-08
2008 JUN 23 P 3:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Mr. Howard Young
F-44590-3A-05-150
P.O. Box 3461
Corcoran, CA 93212

Legal Mail

Clerk, U.S. District Court
Northern District of California – San Jose Division
280 South 1st Street
San Jose, California 95113

CORCORAN STATE PRISON



Hasler
$00.420
US POSTAGE