To: THE Clerk, U.S. District Court, Northern District Of California - San Jose Division

Greetings And Best Wishes,

FILED
2008 JUL 10 P 3:30   July 07, 2008
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

My Case #06-00114-J.F. is currently pending in this District Court and I'm requesting that the enclosed Federal Habeas Corpus be filed with that same Case #06-00114-J.F., particularly since all issues are intertwined and the Exhibits in the record from Case #06-00114 J.F. are also needed as Exhibits for the Federal Habeas Corpus enclosed. I have already filed and been granted In Forma Pauperis in this Case.

I have filed previous motions with this court in Case #06-00114 J.F. Regarding the Court's exercising pendent and/or ancillary jurisdiction over the issues that I've raised in the enclosed Federal Habeas Corpus. Yet, I have not recieved any decision on those motions.

I've enclosed extra copies, so please return to me the extra copies stamp-filed.

Your consideration and help are greatly appreciated.

Thank You And Best Regards,

Mr. Howard Young
F. 44590
P.O. Box 3461
Corcoran, CA. 93212

Mr. James L Thompson
-80008-3A-05-149
P.O. Box 3461
Corcoran, CA. 93212

Clerk, U.S. District Court
Northern District of California
280 S. First St. #2112
San Jose, California 95113-3008





