TO: The Clerk, U.S. District Court - Northern District of California - San Jose Division

FILED 7-28-08

Greetings and Best Wishes,

AUG 08 2008

Enclosed are copies of my Motion for an Evidentiary Hearing and Appointment of Counsel. Please file them and send me a stamp-filed copy.

Also, please send me a copy of the Docket sheet of my case along with any calendared dates for which my pending motions are scheduled.

Thank You and Best Regards,

Mr. Howard Young
F-44590 · 3A-05-104
P.O. Box 3461
Corcoran, CA. 93212