IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALLEN YOUNG, F-44590, | ) |
| Plaintiff, | ) No. C 06-0114-CRB (PR) |
| vs. | ) ORDER |
| TRANS UNION, et al., | ) |
| Defendant(s). | ) |

Defendant Experian Information Solutions, Inc. has filed a motion to dismiss plaintiff's claims against it for alleged violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 et seq. Plaintiff, a state prisoner, shall file an opposition, or notice of non-opposition, by no later than February 29, 2012, and defendant shall file a reply to any opposition within 15 days thereafter.

The hearing noticed for February 24, 2012 is VACATED.

SO ORDERED.

DATED: Feb. 2, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.06\Young, H.06-0114.or2.wpd