IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALLEN YOUNG, F-44590, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRANS UNION, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 06-0114-CRB (PR) <br><br> ORDER |

Defendant Equifax Information Services LLC (Equifax) has filed a motion for summary judgment on plaintiff's claim against it for alleged violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq. Plaintiff, a state prisoner, shall file an opposition, or notice of non-opposition, by no later than June 29, 2012, and defendant Equifax shall file a reply to any opposition within 15 days thereafter.

The hearing noticed for July 20, 2012 is VACATED.

SO ORDERED.

DATED: June 6, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.06\Young, H.06-0114.or5.wpd