IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION ET AL.,<br><br>    Defendants. | No. C 06-00114 CRB<br><br>**ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE** |

    Defendant Equifax Information Service LLC moves to extend the deadline for its reply brief in support of its pending Motion for Summary Judgment (dkt. 160). Good cause appearing therefor, the Court GRANTS Defendant's motion (dkt. 167) and extends the deadline to August 17, 2012, at 5:00 p.m.

    **IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0114\Order re Briefing Schedule.wpd